In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00494-CR
_____

**MARK PERRY ROBBINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 07-01674**

**MEMORANDUM OPINION**

Mark Perry Robbins pleaded guilty under a plea agreement to the offense of felony driving while intoxicated. A child was a passenger in the vehicle. The trial court placed Robbins on deferred adjudication community supervision. Robbins violated a condition of the supervision. The State filed a motion to revoke. Robbins pleaded "true" to the violation of his community supervision. The trial court revoked the supervision, adjudicated his guilt, and sentenced him to two years of confinement in the state jail.

Robbins's appellate counsel filed a brief that presents counsel's professional evaluation of this record. Counsel concludes there are no arguable points of error. *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). This Court granted an extension of time for appellant to file a pro se response. We received no response. We have reviewed the clerk's record, the reporter's record, and the *Anders* brief. We agree with counsel's conclusion that no arguable issues support an appeal. *See Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). The trial court's judgment is affirmed.

AFFIRMED.

_____
DAVID GAULTNEY
Justice

Submitted on June 21, 2013
Opinion Delivered June 26, 2013
Do Not Publish

Before Gaultney, Kreger, and Horton, JJ.